**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **SANDRA E. McDOWELL,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 4:04CV1311-DJS |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on August 25, 2005, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #16] is accepted and adopted.

Dated this   19th   day of September, 2005.

                                              /s/Donald J. Stohr
                                              UNITED STATES DISTRICT JUDGE