UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SANDRA E. McDOWELL,            )
                               )
                Plaintiff,     )
       v.                      )     No. 4:04CV1311-DJS
                               )
JO ANNE B. BARNHART,           )
Commissioner of Social Security, )
                               )
                Defendant.     )

## JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant Commissioner of Social Security, and against plaintiff, and that the final decision of the Commissioner of Social Security denying plaintiff's application for supplemental security income benefits under Title XVI of the Social Security Act is affirmed.

Dated this ___19th___ day of September, 2005.


                          /s/Donald J. Stohr
                          UNITED STATES DISTRICT JUDGE